IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 10-CR-04044-SRB-1 Case No. 10-CR-04058-SRB-1 |
| RICHARD WAYNE BILLINGSLEY, | ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Richard Wayne Billingsley's *pro se* Motion to Terminate Supervised Release. (Case No. 10-CR-04044-1, Doc. #61; Case No. 10-CR-04058-1, Doc. #75.) For the reasons stated below, the motion is denied without prejudice.

In 2011, Defendant Billingsley pled guilty in Case No. 10-CR-04044-01 to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). That same year, Defendant Billingsley also pled guilty in Case No. 10-CR-04058-01 to possession of counterfeit obligations in violation of 18 U.S.C. § 472. The Honorable Nanette K. Laughrey originally sentenced Defendant Billingsley to a 151-month term of imprisonment in each case, to be served concurrently, followed by a three-year term of supervised release. In 2017, those sentences were subsequently reduced to 121-month terms of imprisonment. Both cases were reassigned to the undersigned on March 15, 2019.

Defendant Billingsley's term of supervised release commenced on April 4, 2019. To date, he has completed approximately twenty months of his three-year term of supervised release. On December 7, 2020, Defendant Billingsley filed the instant motion requesting early termination of his supervised release, stating his good conduct while on supervision warrants early termination.

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1). The Court commends Defendant Billingsley on his positive conduct while under court supervision. However, given the seriousness of his underlying offenses, the Court finds the interest of justice does not warrant early termination of Defendant Billingsley's supervised release at this time. Defendant Billingsley may, however, renew his request once he has completed twenty-four months of his thirty-six month term of supervised release.

Accordingly, it is hereby **ORDERED** that Defendant Billingsley's *pro se* Motion to Terminate Supervised Release (Case No. 10-CR-04044-1, Doc. #61; Case No. 10-CR-04058-1, Doc. #75) is DENIED without prejudice to refiling at a later date.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2020